** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| May 17, 2021 at 3:34:14 PM EDT | 13154105737 | 139 | 3 | Received |

Case 1:00-cr-00196-ILG   Document 556   Filed 05/18/21   Page 1 of 3 PageID #: 1

# FAX COVER SHEET

| TO | Hon. I. Leo Glasser |
|---|---|
| COMPANY | Eastern District of New York |
| FAX NUMBER | 17186132446 |
| FROM | C. Collins |
| DATE | 2021-05-17 19:31:30 GMT |
| RE | UNKNOWN |

## COVER MESSAGE

Resending. Thank you.

Case 1:00-cr-00196-ILG   Document 556   Filed 05/18/21   Page 1 of 3 PageID #: 1

C. Collins
c.collins1600@gmail.com


May 17, 2021


Honorable I. Leo Glasser
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201


Re:   *U.S. v. Coppa*, 01-cr-911
      *U.S. v. Coppa et al.*, 00-cr-196


Dear Judge Glasser,

I would like to ask for the unsealing of a case transferred to your court in 2001 and documents affiliated with it.

As you may recall, Frank Coppa Sr. was arrested in 2000 as a result of a securities fraud investigation in the case known as *U.S. v. Coppa et al.* (00-cr-196).

In September 2001, while those charges were pending, an information was filed in the Southern District of New York against Mr. Coppa (01-cr-911). Mr. Coppa waived indictment, and the case was transferred that day to your courtroom in the Eastern District. On that date, Mr. Coppa pleaded guilty to both the Southern District and Eastern District prosecutions.[1] On April 23, 2002, your honor sentenced him for those crimes.

In October 2002, Mr. Coppa was indicted by a grand jury in the Eastern District on other charges, and in December 2002 he pleaded guilty as part of a cooperation agreement in the courtroom of Judge Garaufis (*U.S. v. Cosoleto*, 02-cr-307).

In January 2003, the government moved to reduce Mr. Coppa's sentence that your honor imposed on him in 00-cr-196 and 01-cr-911, and "later supplemented that motion with a letter outlining the extent of Coppa's assistance to the government." In November 2004, your honor re-sentenced Mr. Coppa for the charges to which he pleaded guilty (in 00-cr-196 and 01-cr-911) to

---

[1] The date that charges were filed in 01-cr-911 and transferred to EDNY and when Mr. Coppa actually pleaded guilty is unclear. The SDNY docket of 01-cr-911 indicates charges were filed and the case transferred on September 26, 2001. However, the 5K letter for Mr. Coppa in 02-cr-307 indicates that he pleaded guilty to the SDNY and EDNY charges (00-cr-196) on September 24, 2001. The 00-cr-196 docket is unhelpful on this point.

a term of time served, and he was placed on supervised release. On November 6, 2014, Mr. Coppa was sentenced for the charges stemming from *U.S. v. Cosoleto* in open court.[2]

I would like to ask for the unsealing of the information filed in the Southern District that was transferred to your honor's court in September 2001 (01-cr-911).

Further, I ask for the unsealing of the "letter outlining the extent of Coppa's assistance to the government" so as to reduce his sentence in 00-cr-196 and 01-cr-911, filed before his November 2004 re-sentencing.

As you recall, the indictment for *U.S. v. Coppa et al.* in 2000 and Mr. Coppa's role were public knowledge at the time. Additionally, Mr. Coppa's long-term status as a "historic" cooperating witness in *U.S. v Cosoleto* is very old news.

Further, the dockets of cooperators connected to *U.S. v. Coppa et al.* have since been unsealed (*U.S. v. Gennady Klotsman*, 98-cr-1069; *U.S. v. Felix Sater*, 98-cr-1101; and *U.S. v. Salvatore Lauria*, 98-cr-1102), and their cooperation has been described. Also, Mr. Sater's 5K letter, which discusses his cooperation in 00-cr-196 as well as other matters, has been unsealed in that case as well.

Mr. Coppa's government letter in *Cosoleto* details his extensive involvement in a range of crimes through his years as a high-ranking Bonanno organization member, including information regarding a string of murder and murder conspiracies. That letter has apparently been publicly available since 2014. The crimes to which Mr. Coppa pleaded in 00-cr-196 and 01-cr-911 are for much-less-dramatic securities fraud.

It is reasonable and appropriate to ask for the unsealing of the information and the government letter related to his re-sentencing.

As a reminder, I am a freelance journalist and conduct research on these matters for publication. This material is of historical and other importance.

Thank you for considering my request.

I ask this letter to be docketed promptly.

Sincerely,


C. Collins

---

[2] Much of the background information on these three cases is drawn from the letter submitted by the government in *U.S. v. Cosoleto* and filed November 3, 2014 (Doc.1054).